**Case No.:** CV 04-1393-PA (LEAD)
CV 05-1386-PA

**Date of Proceeding:** 1/18/06

**Case Title:** Time Warner Telecom of Oregon, LLC, et al. v City of Portland

**Presiding Judge:** Owen M. Panner

**Courtroom Deputy:** Deborah DesJardins

**Reporter:** Dennis Apodaca

**Tape No:**

**DOCKET ENTRY:**

Record of hearing: plaintiffs' motion for summary judgment (#76), defendant's motion for summary judgment (#82), and defendants' motion to strike (#121) are taken under advisement.

| PLAINTIFF'S COUNSEL | DEFENDANT'S COUNSEL |
|---|---|
| Peter Spivack | Terence Thatcher |
| David Goodnight | |
| Cynthia Mitchell, Arthur Butler | |

cc: { } All counsel

**DOCUMENT NO:**
**CIVIL MINUTES**

Civil Minutes

Honorable Owen M. Panner