UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
**CIVIL MINUTES**

**Case No.:** CV 04-1393-PA (Lead)  
CV 05-1386-PA

**Date of Proceeding:** 1/20/06

**Case Title:** Time Warner, et al. v City of Portland

**Presiding Judge:** Owen M. Panner

**Courtroom Deputy:** Deborah DesJardins

**Reporter:** None

**Tape No:** _____

**DOCKET ENTRY:**

Record of Order: Granting City of Portland's Unopposed Motion (#154) to Amend Answer; Denying Qwest's Motion (#134) to Dismiss as moot, and striking hearing date of Wednesday, February 8, 2006, for Motion to Dismiss.

**PLAINTIFF'S COUNSEL**

**DEFENDANT'S COUNSEL**

cc:   { } All counsel

**DOCUMENT NO:** _____  
**CIVIL MINUTES**

**Civil Minutes**

**Honorable Owen M. Panner**