**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**CIVIL MINUTES**

**Case No.:** CV 04-1393-PA (LEAD)  
CV 05-1386-PA

**Date of Proceeding:** 4/5/06

**Case Title:** Time Warner Telecom of Oregon, LLC v City of Portland; Qwest Corporation v City of Portland

**Presiding Judge:** Owen M. Panner

**Courtroom Deputy:** Deborah DesJardins

**Reporter:** None

**Tape No:**

**DOCKET ENTRY:**

Record of Order: Granting City of Portland's Motion (#162) for Summary Judgment and denying Qwest's Motion (#169) for Summary Judgment; Scheduling a telephone conference Monday, April 10, 2006, at 2:00 p.m. The court will initiate the call.

**PLAINTIFF'S COUNSEL**

**DEFENDANT'S COUNSEL**

**DOCUMENT NO:**
**CIVIL MINUTES**

cc:   { } All counsel

Civil Minutes

Honorable Owen M. Panner